# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OLLIE CARROLL,

      *Plaintiff*,

  v.

ANDREW SAUL, Commissioner of Social
Security,

      *Defendant*.

Civil Action No. 19-391 (TJK/GMH)

## **ORDER**

This matter is before the Court on the Report and Recommendation filed by Magistrate Judge G. Michael Harvey on January 9, 2020. *See* ECF No. 24 ("R&R"). The Report and Recommendation cautioned the parties that failing to file an objection within 14 days of receipt could lead to waiver of the right to further review of the issues addressed. *Id.* at 37–38. Neither party objected to the Report and Recommendation, and the deadline to do so has passed. *See* LCvR 72.3(b).

Ollie Carroll brought this action seeking to reverse the final decision of the Commissioner of Social Security denying his application for Supplemental Security Income or, in the alternative, to remand to the agency for further review. *See* ECF No. 1 at 5; ECF No. 19 at 1–2. He argued that the decision of the Administrative Law Judge (ALJ) failed to follow the treating physician rule and was not supported by substantial evidence. ECF No. 28 at 2–3. Magistrate Judge Harvey, in a 38-page opinion, rejected these arguments, found that Plaintiff had not met his burden to show that he would be disabled in the absence of substance abuse, and found that the ALJ's decision was supported by substantial evidence. R&R at 35–37. For those

reasons, Magistrate Judge Harvey recommended that this Court grant Defendant's motion for judgment of affirmance. *Id.* at 37.

After independent consideration of the Report and Recommendation, the lack of any objection, the entire record, and the applicable law, the Court **ORDERS** that:

1. The Report and Recommendation is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Judgment of Reversal, ECF No. 19, is **DENIED**; and

3. Defendant's Motion for Judgment of Affirmance, ECF No. 20, is **GRANTED**.

The Clerk of Court is directed to close the case.

    **SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: August 17, 2020